In re:  Case No. 20-03437-RNO
John Robert Marino  Chapter 13
Donna Marie Marino
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Jan 14, 2021     Form ID: ntcnfhrg     Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Robert Marino, Donna Marie Marino, 2307 Rimrock Dr, Stroudsburg, PA 18360-7037 |
| 5377311 | + | Abeloff Buick GMC, 1167 N. Ninth St, PO Box 31, Stroudsburg, PA 18360-0031 |
| 5377312 | | Apex Asset Management, LLC, 2501 Oregon Pike, Ste. 102, Lancaster, PA 17601-4890 |
| 5377313 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Bankruptcy Department, 4161 Piedmont Pkwy., NC4-105-03-14, Greensboro, NC 27410 |
| 5377314 | + | Blue Ridge Cable, 613 Third St.,, Collection Dept., Palmerton, PA 18071-1520 |
| 5377315 | + | Caliber Home Loans, PO Box 24610, Oklahoma City, OK 73124-0610 |
| 5377317 | + | Foxfire Condo Assoc, 155 Foxfire Dr., Mt. Pocono, PA 18344-1669 |
| 5377319 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5377321 | + | Mt. Pocono Municipal Authority, 1361 Pocono Blvd., Ste. 101, Mt. Pocono, PA 18344-1045 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5378744 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 14 2021 18:56:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 5382517 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Jan 14 2021 18:57:00 | LSRMF MH Master Participation Trust II, C/O Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 5377320 | | Email/Text: camanagement@mtb.com | Jan 14 2021 18:56:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240 |
| 5383477 | | Email/Text: camanagement@mtb.com | Jan 14 2021 18:56:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5377316 | *+ | Donna Marie Marino, 2307 Rimrock Dr, Stroudsburg, PA 18360-7037 |
| 5377318 | *+ | John Robert Marino, 2307 Rimrock Dr, Stroudsburg, PA 18360-7037 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2021          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2021 at the address(es) listed below:**

**Name**      **Email Address**

Ann E. Swartz

     on behalf of Creditor LSRMF MH Master Participation Trust II ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com

Charles J DeHart, III (Trustee)

     TWecf@pamd13trustee.com

Rebecca Ann Solarz

     on behalf of Creditor HSBC Bank USA  National Association as Trustee for DMSI Mortgage Loan Trust, Series 2004-3 Mortgage Pass Through Certificates bkgroup@kmllawgroup.com

Tullio DeLuca

     on behalf of Debtor 2 Donna Marie Marino tullio.deluca@verizon.net

Tullio DeLuca

     on behalf of Debtor 1 John Robert Marino tullio.deluca@verizon.net

United States Trustee

     ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | |
| John Robert Marino,<br> aka John R. Marino, aka John Marino, dba Pocono Developers, | Chapter 13 |
| **Debtor 1** | Case No. 5:20−bk−03437−RNO |
| Donna Marie Marino,<br> aka Donna M. Marino, aka Donna Marino, | |
| **Debtor 2** | |

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **February 24, 2021** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court<br>The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: March 3, 2021<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 14, 2021 |

ntcnfhrg (03/18)