United States Bankruptcy Court
Middle District of Pennsylvania

In re:                                                      Case No. 20-03437-RNO
John Robert Marino                                         Chapter 13
Donna Marie Marino
        Debtors

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2021:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5382517 | + Email/Text: ECMBKMail@Caliberhomeloans.com | Feb 12 2021 18:53:00 | LSRMF MH Master Participation Trust II, C/O Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2021                 Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 12, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ann E. Swartz | on behalf of Creditor LSRMF MH Master Participation Trust II ecfmail@mwc-law.com  ecfmail@ecf.courtdrive.com |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Rebecca Ann Solarz | on behalf of Creditor HSBC Bank USA  National Association as Trustee for DMSI Mortgage Loan Trust, Series 2004-3 Mortgage Pass Through Certificates bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 2 Donna Marie Marino tullio.deluca@verizon.net |

Tullio DeLuca
                  on behalf of Debtor 1 John Robert Marino tullio.deluca@verizon.net

United States Trustee
                  ustpregion03.ha.ecf@usdoj.gov

TOTAL: 6

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:20-bk-03437-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

John Robert Marino
2307 Rimrock Dr
Stroudsburg PA 18360

Donna Marie Marino
2307 Rimrock Dr
Stroudsburg PA 18360

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/12/2021.

Name and Address of Alleged Transferor(s):

Claim No. 2: LSRMF MH Master Participation Trust II, C/O Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134

Name and Address of Transferee:

U.S. Bank Trust National Association, not
in its individual capacity,
but solely as
Trustee of LSRMF MH
Master Participation Trust II
U.S. Bank Trust National Association, no

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/14/21

Terrence S. Miller

**CLERK OF THE COURT**