Certificate Number: 15317-PAM-DE-035430160

Bankruptcy Case Number: 20-03437



15317-PAM-DE-035430160

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 5, 2021, at 5:29 o'clock PM PST, John R Marino completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   March 5, 2021               By:    /s/Ralph Hongria

                                    Name:  Ralph Hongria

                                    Title: Credit Counselor

Certificate Number: 15317-PAM-DE-035430161

Bankruptcy Case Number: 20-03437


15317-PAM-DE-035430161

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 5, 2021, at 5:29 o'clock PM PST, Donna M Marino completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:  March 5, 2021                    By:    /s/Ralph Hongria

                                        Name:  Ralph Hongria

                                        Title: Credit Counselor