United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>John Robert Marino<br>Donna Marie Marino<br>    Debtors | Case No. 20-03437-MJC<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Aug 04, 2021 | Form ID: trc | Total Noticed: 0 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 06, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5390164 | | U.S. Bank Trust National Association, not, in its individual capacity,, but solely as, Trustee of LSRMF MH, Master Participation Trust II, U.S. Bank Trust National Association, no |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Aug 06, 2021 | Signature: | /s/Joseph Speetjens |

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Emmanuel Joseph Argentieri | on behalf of Creditor US Bank NA as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Lauren Marie Moyer | on behalf of Creditor LSRMF MH Master Participation Trust II ecfmail@mwc-law.com ecfmail@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor HSBC Bank USA National Association as Trustee for DMSI Mortgage Loan Trust, Series 2004-3 Mortgage Pass Through Certificates bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 2 Donna Marie Marino tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 1 John Robert Marino tullio.deluca@verizon.net |
| United States Trustee | |

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:20-bk-03437-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| John Robert Marino<br>2307 Rimrock Dr<br>Stroudsburg PA 18360 | Donna Marie Marino<br>2307 Rimrock Dr<br>Stroudsburg PA 18360 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/03/2021.

Name and Address of Alleged Transferor(s):

Claim No. 2: U.S. Bank Trust National Association, not, in its individual capacity,, but solely as, Trustee of LSRMF MH, Master Participation Trust II, U.S. Bank Trust National Association, no

Name and Address of Transferee:

US Bank, NA as Legal Title Trustee for
Truman 2016 SC6 Title Trust
c/o Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619-2708
US Bank, NA as Legal Title Trustee for

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/06/21

Terrence S. Miller

**CLERK OF THE COURT**