UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| JOHN ROBERT MARINO | : |
| aka John R. Marino | : CHAPTER 13 |
| aka John Marino | : CASE NO. 20-03437-MJC |
| dba Pocono Developers | : |
| xxx-xx-0698 | : |
| | : |
| Donna Marie Marino | : |
| aka Donna M. Marino | : |
| aka Donna Marino | : |
| xxx-xx-8792 | : |
|     Debtors. | : |
| | : |
| U.S. BANK NATIONAL ASSOCIATION, | : |
| AS LEGAL TITLE TRUSTEE FOR | : |
| TRUMAN 2016 SC6 TITLE TRUST | : |
| | : Hearing Date: February 10, 2022 at 9:30 a.m. |
|     Movant, | : |
| v. | : |
| | : |
| JOHN ROBERT MARINO AND DONNA | : |
| MARIE MARINO | : |
|     Debtors, | : |
| And | : |
| | : |
| JACK N. ZAHAROPOULOS, ESQUIRE | : |
| | : |
|     Trustee, | : |
| | : |
|     Respondents. | : |
| | : |

**ORDER MODIFYING §362 AUTOMATIC STAY**

Upon the application of Emmanuel J. Argentieri of the law office of Romano Garubo &

Argentieri, counsel for the secured creditor, U.S. Bank National Association, as Legal Title

Trustee for Truman 2016 SC6 Title Trust, ("Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property as hereinafter set forth, and for cause shown;

1. The automatic stay of Bankruptcy Code section 362(a) is vacated to permit the Movant, its successors and/or assigns, to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**2307 Rimrock Dr., Stroudsburg, PA 18360**

2. Rule 4001(a)(3) is not applicable and Movant may immediately enforce and implement this Order granting relief from the automatic stay.

3. The Movant may join the Debtor and any Trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

4. Movant, its successors and/or assigns, may pursue any and all loss mitigation options with respect to the Debtor or the real property described above including, but not limited to, repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure.

Honorable Mark J. Conway
United States Bankruptcy Judge