United States Bankruptcy Court
Middle District of Pennsylvania

In re:  Case No. 20-03437-MJC
John Robert Marino  Chapter 13
Donna Marie Marino
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 2
Date Rcvd: Jan 21, 2022     Form ID: pdf010     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**
+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| 5377317 | + Foxfire Condo Assoc, 155 Foxfire Dr., Mt. Pocono, PA 18344-1669 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 23, 2022     Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Emmanuel Joseph Argentieri | on behalf of Creditor US Bank NA as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Marisa Myers Cohen | on behalf of Creditor LSRMF MH Master Participation Trust II ecfmail@mwc-law.com |
| Rebecca Ann Solarz | on behalf of Creditor HSBC Bank USA National Association as Trustee for DMSI Mortgage Loan Trust, Series 2004-3 Mortgage Pass Through Certificates bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 2 Donna Marie Marino tullio.deluca@verizon.net |

Tullio DeLuca
                        on behalf of Debtor 1 John Robert Marino tullio.deluca@verizon.net

United States Trustee
                        ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| JOHN ROBERT MARINO | : | CASE NO.:   5-20-bk-03437-MJC |
| aka JOHN R. MARINO | : | |
| aka JOHN MARINO | : | |
| dba POCONO DEVELOPERS | : | |
| DONNA MARIE MARINO | : | |
| aka DONNA M. MARINO | : | |
| aka DONNA MARINO | : | |
|       Debtors | : | |
| | : | |
| JACK N. ZAHAROPOULOS, TRUSTEE | : | |
|       Objectant | : | |
| | : | |
|       vs. | : | |
| | : | |
| FOXFIRE CONDOMINIUM ASSOCATION, INC. | : | |
| | : | |
|       Claimant | : | |

## ORDER

Upon  consideration of the Trustee's Objection to Claim No. 5 of Foxfire Condominium Association, Inc. and following Notice to Claimant Re Filing of Objection to Claim allowing an opportunity to respond, no response having been filed, it is hereby

ORDERED that Claim No. 5 of Foxfire Condominium Association, Inc. shall be deemed untimely filed.

Dated: January 21, 2022

By the Court,

Mark J. Conway, Bankruptcy Judge