UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
JOHN AND DONNA MARINO : CHAPTER 13
                Debtors. :
*************************************************************************
US BANK NA as Legal Title Trustee for :
Truman 2016 SC6 Title Trust :
                Movant, :
                 :
   vs. :
JOHN AND DONNA MARINO : CASE NO. 5-20-03437
                Respondents. :
*************************************************************************

**PRAECIPE TO WITHDRAW DEBTORS' ANSWER TO MOVANT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
*************************************************************************

      AND NOW COMES, the Debtors, John and Donna Marino, by and through their attorney, Tullio DeLuca, Esq., and requests the withdrawal of Debtors' Answer to Movant's Motion for Relief from the Automatic Stay. Counsel for Movant consents to the withdrawal.

                                                    Respectfully submitted,

Date: February 28, 2022          /s/Tullio DeLuca
                                        Tullio DeLuca, Esq.,
                                          PA ID# 59887
                                          Attorney for Debtors
                                          381 N. 9th Avenue
                                          Scranton, PA 18504

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
JOHN AND DONNA MARINO : CHAPTER 13

                Debtors. :
*********************************************************************
US BANK NA as Legal Title Trustee for :
Truman 2016 SC6 Title Trust :
                Movant, :
                 :
  vs. :
JOHN AND DONNA MARINO : CASE NO. 5-20-03437
              Respondents. :
*********************************************************************

## CERTIFICATE OF SERVICE
*********************************************************************

The undersigned hereby certifies that on February 28, 2022, he caused a true and correct copy of Debtors' Praecipe to Withdraw Answer to Movant's Motion for Relief from the Automatic Stay, to be served via electronic filing on the following CM/ECF users:

    Jack N. Zaharopoulos, Esq. at info@pamd13trustee.com


    Emmanuel J. Argentieri, Esq. at eargentieri@rgalegal.com



Date:  February 28, 2022      /s/Tullio DeLuca
                                       Tullio DeLuca, Esq.