UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOHN ROBERT MARINO
AKA: JOHN R. MARINO, JOHN MARINO
DBA: YKT CORP., POCONO DEVELOPERS
DONNA MARIE MARINO
AKA: DONNA MARINO, DONNA M. MARINO

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-20-03437-MJC

JOHN ROBERT MARINO
AKA: JOHN R. MARINO, JOHN MARINO
DBA: YKT CORP., POCONO DEVELOPERS
DONNA MARIE MARINO
AKA: DONNA MARINO, DONNA M. MARINO

Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on March 4, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- make the regular monthly payments to the trustee during the remaining term of the plan.

As of March 4, 2022, the Debtor(s) is/are $6720.00 in arrears with a plan payment having last been made on May 11, 2021

In accordance with said stipulation, the case may be dismissed

Respectfully Submitted,
/s/ Matt Arcuri
for Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: March 4, 2022

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: JOHN ROBERT MARINO
AKA: JOHN R. MARINO, JOHN MARINO
DBA: YKT CORP., POCONO DEVELOPERS
DONNA MARIE MARINO
AKA: DONNA MARINO, DONNA M. MARINO

Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 5-20-03437-MJC

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on March 4, 2022, I served a copy of this Certification of Default on the following parties by 1st Class Mail, from Hummelstown, PA unless served electronically.

TULLIO DeLUCA, ESQUIRE
381 N 9TH AVENUE
SCRANTON, PA 18504-

SERVED ELECTRONICALLY

JOHN ROBERT MARINO
DONNA MARIE MARINO
2307 RIMROCK DR
STROUDSBURG, PA 18360-

SERVED BY 1ST CLASS MAIL

United States Trustee
228 Walnut Street
Suite 1190
Harrisburg, PA 17101

SERVED ELECTRONICALLY

I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 4, 2022

Respectfully submitted,
Matt Arcuri
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
eMail: info@pamd13trustee.com