United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re:<br>John Robert Marino<br>Donna Marie Marino<br>    Debtors | Case No. 20-03437-MJC<br>Chapter 13 |

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2
Date Rcvd: Mar 15, 2022      Form ID: pdf010      Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Robert Marino, Donna Marie Marino, 2307 Rimrock Dr, Stroudsburg, PA 18360-7037 |
| 5377311 | + | Abeloff Buick GMC, 1167 N. Ninth St, PO Box 31, Stroudsburg, PA 18360-0031 |
| 5377312 | | Apex Asset Management, LLC, 2501 Oregon Pike, Ste. 102, Lancaster, PA 17601-4890 |
| 5377313 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, Bankruptcy Department, 4161 Piedmont Pkwy., NC4-105-03-14, Greensboro, NC 27410 |
| 5377314 | + | Blue Ridge Cable, 613 Third St.,, Collection Dept., Palmerton, PA 18071-1520 |
| 5377315 | + | Caliber Home Loans, PO Box 24610, Oklahoma City, OK 73124-0610 |
| 5377317 | + | Foxfire Condo Assoc, 155 Foxfire Dr., Mt. Pocono, PA 18344-1669 |
| 5377319 | + | Law offices of Tullio DeLuca, 381 N. 9th Avenue, Scranton, PA 18504-2005 |
| 5377321 | + | Mt. Pocono Municipal Authority, 1361 Pocono Blvd., Ste. 101, Mt. Pocono, PA 18344-1045 |
| 5428675 | | US Bank, NA as Legal Title Trustee for, Truman 2016 SC6 Title Trust, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 5428676 | + | US Bank, NA as Legal Title Trustee for, Truman 2016 SC6 Title Trust, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 US Bank, NA as Legal Title Trustee for 92619-2708 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5378744 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 15 2022 18:39:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 5382517 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Mar 15 2022 18:39:00 | LSRMF MH Master Participation Trust II, C/O Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 5377320 | | Email/Text: camanagement@mtb.com | Mar 15 2022 18:39:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240 |
| 5383477 | | Email/Text: camanagement@mtb.com | Mar 15 2022 18:39:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5388906 | | Email/PDF: ebn_ais@aisinfo.com | Mar 15 2022 18:40:21 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 5

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5390163 | | U.S. Bank Trust National Association, not, in its individual capacity,, but solely as, Trustee of LSRMF MH, Master Participation Trust II |
| 5390164 | | U.S. Bank Trust National Association, not, in its individual capacity,, but solely as, Trustee of LSRMF MH, Master Participation Trust II, U.S. Bank Trust National Association, no |
| 5377316 | *+ | Donna Marie Marino, 2307 Rimrock Dr, Stroudsburg, PA 18360-7037 |
| 5377318 | *+ | John Robert Marino, 2307 Rimrock Dr, Stroudsburg, PA 18360-7037 |

| District/off: 0314-5 | User: AutoDocke | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 15, 2022 | Form ID: pdf010 | Total Noticed: 16 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2022     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Emmanuel Joseph Argentieri | on behalf of Creditor US Bank NA as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Marisa Myers Cohen | on behalf of Creditor LSRMF MH Master Participation Trust II ecfmail@mwc-law.com |
| Rebecca Ann Solarz | on behalf of Creditor HSBC Bank USA National Association as Trustee for DMSI Mortgage Loan Trust, Series 2004-3 Mortgage Pass Through Certificates bkgroup@kmllawgroup.com |
| Tullio DeLuca | on behalf of Debtor 2 Donna Marie Marino tullio.deluca@verizon.net |
| Tullio DeLuca | on behalf of Debtor 1 John Robert Marino tullio.deluca@verizon.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| John Robert Marino aka<br>John R. Marino aka John Marino dba<br>Pocono Developers<br>　　　　　　　　　　Debtor 1<br><br>Donna Marie Marino aka<br>Donna M. Marino aka<br>Donna Marino<br><br>Jack N Zaharopoulos<br>Chapter 13 Trustee<br>　　vs.　　　　　　　Movant(s)<br><br>John Robert Marino aka<br>John R. Marino aka John Marino dba<br>Pocono Developers and Donna Marie<br>Marino aka<br>Donna M. Marino aka<br>Donna Marino<br>　　　　　　　　　Respondent(s) | Chapter:　　13<br><br>Case No.:　　5:20-bk-03437-MJC |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: March 15, 2022